IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMON AGUIRRE,<br><br>      Plaintiff,<br><br>  v.<br><br>SAN LEANDRO POLICE DEPARTMENT, et al.,<br><br>      Defendants.                   / | No. 10-04364 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

    On February 22, 2011, the Court issued an order granting Defendants' motion to dismiss and granting Plaintiff leave to amend within twenty-one days of the order.  The Court explained that if the amended complaint was not filed within this time period, Plaintiff's case would be dismissed for failure to prosecute.  More than twenty-one days has past and Plaintiff has not filed an amended complaint.  Therefore, this case is dismissed for failure to prosecute.

    IT IS SO ORDERED.

Dated: 4/1/2011

                                          CLAUDIA WILKEN<br>                                          United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

AGUIRRE et al,

        Plaintiff,

v.

CITY OF SAN LEANDRO et al,

        Defendant.

Case Number: CV10-04364 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 1, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Simon Aguirre
2306 West Avenue 135th
San Leandro, CA 94577

Dated: April 1, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

2